# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

Case Number: 11-05059-8-DMW
Judge: DAVID M. WARREN
Dated: October 18, 2016

In Re:

| | |
|---|---|
| OK JOO CHOI | YOON JA CHOI |
| 102 DANTON DR | |
| CARY, NC  27518 | |
| SSN (1): XXX-XX-9673 | SSN (2): XXX-XX-9587 |

## TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above-referenced case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

**You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice Thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court. If you file such an objection and request for hearing, a copy must be served upon the undersigned Trustee, the debtors and counsel for the debtors.  If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the Trustee and the surety on the Trustee's bond will be released.**

1. The case was filed on June 30, 2011 and confirmed on January 25, 2013.
   The case was subsequently completed on September 22, 2016.

2. The amount paid to the Trustee by or on behalf of the debtors was $126,961.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SEAN CORCORAN | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BAC HOME LOANS SERVICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DOMINION LAW ASSOCIATES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONWIDE CREDIT, INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NCO FINANCIAL SYSTEMS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WEST ASSET MGMT | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDITORS FINANCIAL GROUP, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ASSOCIATED RECOVERY SYSTEMS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDITORS FINANCIAL GROUP, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| LAW OFFICE OF JOE PEZZUTO, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDITORS FINANCIAL GROUP, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ENHANCED RECOVERY CORPORATION | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| MCM | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NCO FINANCIAL SYSTEMS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SESSOMS & ROGERS, PA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SMITH DEBNAM | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WYSE FINANCIAL SERVICES, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BERNHARDT AND STRAWSER | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SIMM ASSOCIATES, INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| FIA CARD SERVICES, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CANDICA, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA RECEIVABLES MGMT., LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK SOUTH DAKOTA, NA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DEAN PROBER | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PROBER & RAPHAEL | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SHAPIRO & INGLE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DITECH FINANCIAL, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 S TECHNOLOGIES, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| HUTCHENS LAW FIRM | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | $15,251.14 | $15,251.14 | $0.00 | $0.00 |
| DITECH FINANCIAL, LLC | SECURED | $59,536.38 | $59,536.38 | $7,826.90 | $0.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | $168.62 | $2.00 | $0.00 | $166.62 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| AMERICAN EXPRESS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICAN EXPRESS BANK FSB | UNSECURED | $19,139.95 | $227.28 | $0.00 | $18,912.67 |
| AMERICAN EXPRESS BANK FSB | UNSECURED | $4,699.75 | $55.81 | $0.00 | $4,643.94 |
| AMERICAN EXPRESS CENTURION BANK | UNSECURED | $6,764.25 | $80.32 | $0.00 | $6,683.93 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $15,576.42 | $184.97 | $0.00 | $15,391.45 |
| BANK OF AMERICA, N.A. | SECURED - ONGOING MTG | $0.00 | $34,071.78 | $0.00 | $0.00 |
| BANK OF AMERICA, N.A. | ARREARS MORTGAGE | $796.56 | $796.56 | $0.00 | $0.00 |
| CANDICA, LLC | UNSECURED | $17,106.88 | $203.14 | $0.00 | $16,903.74 |
| PRA RECEIVABLES MGMT., LLC | UNSECURED | $9,341.40 | $110.93 | $0.00 | $9,230.47 |
| PRA RECEIVABLES MGMT., LLC | UNSECURED | $15,517.80 | $184.27 | $0.00 | $15,333.53 |
| CANDICA, LLC | UNSECURED | $5,420.09 | $64.36 | $0.00 | $5,355.73 |
| PRA RECEIVABLES MGMT., LLC | UNSECURED | $5,653.95 | $67.14 | $0.00 | $5,586.81 |
| CHASE BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK SOUTH DAKOTA, NA | UNSECURED | $13,954.03 | $165.70 | $0.00 | $13,788.33 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $22,955.86 | $272.60 | $0.00 | $22,683.26 |
| PRA RECEIVABLES MGMT., LLC | UNSECURED | $19,126.88 | $227.12 | $0.00 | $18,899.76 |
| SAMS CLUB | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA RECEIVABLES MGMT., LLC | UNSECURED | $18,340.73 | $217.79 | $0.00 | $18,122.94 |
| QUANTUM3 GROUP, LLC | UNSECURED | $10,644.62 | $126.41 | $0.00 | $10,518.21 |
| FIRST DATA MERCHANT SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PARRO CORPORATION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| GE CAPITAL RETAIL BANK | UNSECURED | $1,861.57 | $22.10 | $0.00 | $1,839.47 |

4. Summary of Disbursements:

|  | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $60,332.94 | $15,251.14 | $186,272.80 | $0.00 | $261,856.88 |
| **Principal Paid** | $60,332.94 | $15,251.14 | $2,211.94 | $34,071.78 | $111,867.80 |
| **Interest Paid** | $7,826.90 | $0.00 | $0.00 | $0.00 | $7,826.90 |

5. Costs of Administration:
   The clerk was paid $0.00 for the filing fee.
   The debtors' attorney was allowed $1,950.00 and was paid $1,950.00.
   The Trustee was paid $0.00 for the cost of mailing notices in the case.
   The Trustee was paid $2,658.15 for expenses and $2,658.15 for compensation pursuant to 11 USC § 1326.
   Refunds to the debtors total $0.00.

6. The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully administered.

   Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety bond from any and all liability on account of the above-referenced case, closes the estate, and grants such other relief as may be just and proper.

Dated: October 18, 2016

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box 61039
Raleigh, NC 27661-1039

cc: OK JOO CHOI
    YOON JA CHOI

    SHEREE CAMERON
    CAMERON LAW
    8019 ATAMASCO CR.
    RALEIGH, NC 27616

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: OK JOO CHOI  
DEBTOR 2 NAME: YOON JA CHOI  
CASE NUMBER: 1105059

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __10/19/2016__:

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

4 S TECHNOLOGIES, LLC,ATTN: OFFICER,200 SHEFFIELD ST., STE. 101,MOUNTAINSIDE NJ 07092  
AMERICAN EXPRESS BANK FSB,c/o: BECKETT & LEE LLP,ATTORNEYS FOR CREDITOR,PO BOX 3001 MALVERN PA 19355-0701  
AMERICAN EXPRESS CENTURION BANK,c/o: BECKETT & LEE LLP,PO BOX 3001,MALVERN PA 19355-0701  
AMERICAN EXPRESS,PO BOX 740640,ATLANTA GA 30374-0640  
ASSOCIATED RECOVERY SYSTEMS,C/O BOA,PO BOX 469046,ESCONDIDO CA 92046-9046  
BAC HOME LOANS SERVICE,450 AMERICAN ST,SIMI VALLEY CA 93065  
BANK OF AMERICA, N.A.,ATTN:  OFFICER / BANKRUPTCY DEPT.,2380 PERFORMANCE DRIVE,RICHARDSON TX 75082  
BANK OF AMERICA, N.A.,ATTN:  OFFICER / BANKRUPTCY DEPT.,P.O. BOX 26012, NC4-105-02-99,GREENSBORO NC 27420  
BANK OF AMERICA, N.A.,ATTN: OFFICER,16001 N. DALLAS PKWY,ADDISON TX 75001  
BANK OF AMERICA, N.A.,ATTN: OFFICER,PO BOX 15312,WILMINGTON DE 19850-5312  
BANK OF AMERICA, N.A.,C/O BAC HOME LOANS SERVICING, LP,7105 CORPORATE CENTER DRIVE,PTX-B-209 PLANO TX 75024-3632  
BERNHARDT AND STRAWSER,C/O US BANK,5821 FAIRVIEW RD., STE. 550,CHARLOTTE NC 28209  
CANDICA, LLC,c/o: WEINSTEIN & RILEY, PS,2001 WESTERN AVENUE,SUITE 400 SEATTLE WA 98121  
CANDICA, LLC,c/o: WEINSTEIN & RILEY, PS,PO BOX 3978,SEATTLE WA 98124  
CHASE BANK,CARD MEMBER SERVICES,PO BOX 15298,WILMINGTON DE 19850  
CITIBANK SOUTH DAKOTA, NA,701 E. 60TH ST. N,SIOUX FALLS SD 57104  
CITIBANK SOUTH DAKOTA, NA,PAYMENT CENTER,4740 121ST STREET,URBANDALE IA 50323  
CREDITORS FINANCIAL GROUP, LLC,C/O BOA,3131 SOUTH VAUGHN WAY STE. 110,AURORA CO 80014  
DEAN PROBER,AS AGENT FOR BANK OF AMERICA, N.A.,20750 VENTURA BLVD., STE. 100,WOODLAND HILLS CA 91364  
DITECH FINANCIAL, LLC,ATTN: OFFICER,PO BOX 6154,RAPID CITY SD 57709  
DITECH FINANCIAL, LLC,FKA - GREEN TREE SVC. - ATTN:  OFFICER,PO BOX 0049,PALATINE IL 60055-0049  
DOMINION LAW ASSOCIATES,C/O AMEX,222 CENTRAL PARK AVE,VIRGINIA BEACH VA 23462-3026  
ECAST SETTLEMENT CORPORATION,ATTN:  OFFICER/MANAGER,PO BOX 29262,NEW YORK NY 10087-9262  
ENHANCED RECOVERY CORPORATION,C/O CHASE,8014 BAYBERRY RD,JACKSONVILLE FL 32256  
EVERBANK,ATTN: OFFICER / BANKRUPTCY DEPT.,301 W. BAY ST., STE. 2200,JACKSONVILLE FL 32202-5121  
FIA CARD SERVICES, N.A.,successor to BANK OF AMERICA / MBNA,PO BOX 15102,WILMINGTON DE 19886  
FIRST DATA MERCHANT SERVICES,FIRST DATA GLOBAL LEASING,PO BOX 407092,FORT LAUDERDALE FL 33340  
GE CAPITAL RETAIL BANK,ATTN: BANKRUPTCY DEPARTMENT,PO BOX 960061,ORLANDO FL 32896  
HUTCHENS LAW FIRM,ATTN:  BANKRUPTCY DEPT.,P.O. BOX 2505,FAYETTEVILLE NC 28302  
INTERNAL REVENUE SERVICE,ATTN:  CORRESPONDENCE,PO BOX 7346,PHILADELPHIA PA 19101-7346  
INTERNAL REVENUE SERVICE,ATTN:  MANAGER OR REG. AGENT,PO BOX 7317,PHILADELPHIA PA 19101-7317  
LAW OFFICE OF JOE PEZZUTO, LLC,C/O BOA,4013 E BROADWAY STE. A2,PHOENIX AZ 85040  
MCM,C/O CHASE BANK USA NA,DEPT 12421 PO BOX 603,OAKS PA 19456  
NATIONWIDE CREDIT, INC.,C/O AMEX CORRESP., ATTN: COLL. AGENCY DIV,2015 VAUGHN ROAD NW, STE 400,KENNESAW GA 30144-7802  
NCO FINANCIAL SYSTEMS,C/O AMERICAN EXPRESS,507 PRUDENTIAL ROAD,HORSHAM PA 19044  
NCO FINANCIAL SYSTEMS,C/O CITIBANK SD,507 PRUDENTIAL RD,HORSHAM PA 19044  
OK JOO CHOI,YOON JA CHOI,102 DANTON DR,CARY NC 27518  
PARRO CORPORATION,ATTN: MNG AGT,701 E CHATHAM ST,CARY NC 27511  
PRA RECEIVABLES MGMT., LLC,AGENT FOR PORTFOLIO RECOVERY,PO BOX 41067,NORFOLK VA 23541  
PRA RECEIVABLES MGMT., LLC,agent of PORTFOLIO RECOVERY ASSOC.,PO BOX 12914,NORFOLK VA 23541  
PROBER & RAPHAEL,A LAW CORPORATION,P.O. BOX 4365,WOODLAND HILLS CA 91365-4365  
QUANTUM3 GROUP, LLC,ATTN:  MANAGER OR REG. AGENT,PO BOX 788,KIRKLAND WA 98083  

By Electronic Transmittal :  
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __10/19/2016__        Signature : ___*Robert J. Wallace, Jr.*___

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: OK JOO CHOI                                                    CASE NUMBER: 1105059
DEBTOR 2 NAME: YOON JA CHOI

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __10/19/2016__:

SEAN CORCORAN,ATTORNEY AT LAW,5121 PARKWAY PLAZA DR., STE. 300,CHARLOTTE NC 28217
SESSOMS & ROGERS, PA,C/O FIA CARD SERVICES,PO BOX 52508,DURHAM NC 27717-2508
SHAPIRO & INGLE,ATTORNEY FOR EVERBANK,10130 PERIMETER PARKWAY, STE 400,CHARLOTTE NC 28216
SHEREE CAMERON,CAMERON LAW,8019 ATAMASCO CR.,RALEIGH NC 27616
SIMM ASSOCIATES, INC.,C/O US BANK RMS CC,800 PENCADER DR,NEWARK DE 19702
SMITH DEBNAM,C/O FIA CARD SERVICES,PO BOX 26268,RALEIGH NC 27611-6268
WEST ASSET MGMT,C/O AMEX,7333 TAM OSHANTER,STOCKTON CA 95210-3370
WYSE FINANCIAL SERVICES, INC,C/O FIA CARD SERVICES,3410 SOUTH GALENA ST., STE. 250,DENVER CO 80231

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __10/19/2016__           Signature : __Robert J. Wallace, Jr.__

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134